FILED
2017 Feb-24  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
1/19/2017 1:56 PM
01-CV-2017-900216.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>01 |
|---|---|---|

Date of Filing:   Judge Code:
01/19/2017

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### PHILIP BOLER v. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other    ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

WAT056    1/19/2017 1:56:32 PM    /s/ JOHN GRIFFIN WATTS
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
1/19/2017 1:56 PM
01-CV-2017-900216.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **PHILIP BOLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **BANK OF AMERICA, NATIONAL** | ) | |
| **ASSOCIATION, a corporation;** | ) | |
| **SPECIALIZED LOAN SERVICING,** | ) | **JURY DEMAND** |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

**COMES NOW** Plaintiff Philip Boler (hereinafter "Plaintiff") by and through his attorneys of record and files Plaintiff's Complaint against Defendants and states as follows:

### JURISDICTION AND VENUE

1.  This is an action brought by a consumer for violations of the Real Estate Settlement Procedures Act[1], 12 U.S.C. § 2605 ("RESPA") and state law by the Defendants.

2.  Venue is proper in this Court as Plaintiff resides in this County and all Defendants do business in this County.

---

[1] Any reference the RESPA or any part thereof encompasses all relevant parts and subparts thereto.

## PARTIES

3. The Plaintiff, Philip Boler ("Plaintiff"), is a natural person who resides within this County.

4. Defendant Bank of America, National Association ("Defendant" or "BOA") in this action is a foreign corporation doing business in this County, and is considered a "servicer" under RESPA.

5. Defendant Specialized Loan Servicing, LLC ("Defendant" or "SLS") in this action is a foreign corporation doing business in this County, and is considered a "servicer" under RESPA.

## FACTS

6. RESPA applies to Defendants BOA and SLS and to the loan at issue in this case.

7. Plaintiff had a house secured by a mortgage.

8. At some point Defendants BOA and SLS began to allegedly service the loan.

9. Plaintiff suffered a loss on the house and insurance paid money to Defendant SLS.

10. Defendant SLS wrongfully, for many months, held and converted the specific money owed to Plaintiff from the loss.

11. This money was to be used to repair the house.

2

12.    Plaintiff was unable to repair the house because Defendant SLS refused to give him the money.

13.    Defendant SLS finally relinquished the money to Plaintiff but by this time the damage was much worse to the house as Plaintiff was not able to properly secure and repair the house due to the wrongful actions of Defendant SLS.

14.    Ultimately, the house was demolished by the City of Birmingham due to the lack of repairs.

15.    Plaintiff had payments rejected by Defendants.

16.    Plaintiff requested but did not receive any loss mitigation options to avoid a foreclosure on his home.

17.    Defendants have told government officials that the house was foreclosed when in fact it was not foreclosed.

18.    Plaintiff has sent numerous letters to Defendants BOA and SLS under the "Request for Information" and "Notice of Error" provisions of RESPA in Regulation X that came into effect January 2014.

19.    These letters sought legitimate servicing information and made request to Defendants BOA and SLS to fix servicing errors.

20.   The purpose of the letters is to gain information as Plaintiff had many unanswered questions that the Defendants refused to answer.   The letters require Defendants to answer service related questions.

21.   The letters also allow consumers such as Plaintiff to request mortgage companies, such as Defendants, to fix errors.

22.   This has the benefit of fixing errors without litigation – instead Defendants are alerted to problems and given an opportunity to fix those problems.

23.   The advantage to the Defendants of this law is it allows them to be notified of requests for information and also to be put on notice of any errors so they can fix them without being sued.

24.   In the present case, a great example exists of what happens when these letters are ignored, are not properly answered, and no corrective action occurs.

25.   The Plaintiff incurred actual expenses, costs and damages including, but not limited to, the postage costs of mailing the letters, gas money, mileage money travelling to the post office, and other costs and expenses and damages that will be identified in discovery.

26.   These letters were mailed to the address specified by Defendants BOA and SLS to receive Request for Information and Notice of Error letters.

27.     Defendants BOA and SLS failed to properly acknowledge, failed to properly respond, and/or failed to comply with the requirements imposed on it under the law with respect to the letters.

28.     Defendants BOA and SLS have a <u>pattern and practice</u> of failing to properly respond to Request for Information and Notice of Error letters from consumers such as the Plaintiff.

29.     This allegation is supported by numerous other suits and complaints (including those listed at the CFPB Consumer Complaint Database at <u>http://www.ConsumerFinance.gov/ComplaintDatabase/</u>) against Defendants and by the repeated refusal by Defendant Defendants to follow the law on these letters.

30.     This is not an oversight on the part of Defendants BOA and SLS but instead is a deliberate and calculated plan in an effort to thwart the protections offered to consumers such as Plaintiff when dealing with an alleged mortgage loan.

31.     Defendants BOA and SLS believe that very few, if any, consumers will take action based upon its refusal to properly and timely respond to letters sent to it pursuant to Regulation X.

32.     Defendants BOA and SLS continue to send false and illegally threatening monthly mortgage statements.

33. The actions and inactions of Defendants BOA and SLS violate RESPA.

34. Misrepresentations were made regarding the character, amount, or legal status of the debt.

35. The amount of the debt, the amount of fees and charges, were incorrect and not supported by the law and by the note and mortgage.

36. The threatened foreclosure and other collection activities are illegal and constitute a threat to take action which Defendants BOA and SLS were not legally entitled to take or had no intention of taking.

37. The threatened foreclosure and other illegal collection activities are not authorized by the contract giving rise to the alleged debt.

38. Defendants BOA and SLS used false representations and/or deceptive means to collect on this debt.

39. The collection methods employed by Defendants BOA and SLS were harassing and illegal.

40. As a direct result of the acts complained of against each Defendant, Plaintiff has been caused to suffer, and will continue to suffer great mental anguish, damage to Plaintiff's reputation, economic and emotional damages and claim from all Defendants all damages allowable under the law.

41. All employees and agents of each Defendant acted with the line and scope of their employment and/or agency relationship.

6

42.    No Defendant has apologized to Plaintiff for its misconduct against Plaintiff.

## COUNT I

## VIOLATIONS OF RESPA BY DEFENDANTS

43.    All paragraphs of this Complaint are incorporated as if fully set forth herein.

44.    Defendants BOA and SLS failed to confirm or otherwise acknowledge receipt of all of the Request for Information and Notice of Errors from Plaintiff.

45.    Substantive responses are required to be sent to Plaintiff by Defendants within thirty (30) business days of receipt of the notices of error and requests for information.  Defendants BOA and SLS have not provided the Plaintiff with a substantive response to all of the multiple requests for information and notice of error letters received by Defendants BOA and SLS.

46.    Defendants BOA and SLS in this case has exhibited a pattern and practice of failing to comply with the Regulations as it failed to comply with multiple letters from Plaintiff and has been sued for failing to respond to other similar requests under Regulation X, including qualified written requests[2].

47.    As a result of this lack of compliance by the Defendants, they are liable to Plaintiff for actual damages, statutory damages for each violation, costs and attorneys fees.

---

[2] Qualified Written Requests still exist but for practical purposes have been replaced with requests for information and notices of errors.

48.  The violations of the law by Defendants have resulted in mental anguish, emotional distress, financial loss, damage to credit, and other damages that will be identified in discovery.

## COUNT II

### BREACH OF CONTRACT BY ALL DEFENDANTS

49.  All paragraphs of this Complaint are incorporated as if fully set forth herein.

50.  Defendants had a contract with Plaintiff but Defendants breached any and all contracts with Plaintiff.

51.  As a result of Defendants' breach of contract, Plaintiff is entitled to actual damages; statutory damages; and reasonable attorney's fees, expenses and costs from Defendants.

## COUNT III

### CONVERSION/TRESPASS TO CHATTELS BY DEFENDANT SLS

52.  All paragraphs of this Complaint are incorporated as if fully set forth herein.

53.  Defendant SLS wrongfully had possession, control and dominion over a sum certain of money that belonged to Plaintiff.

54.  Defendant SLS wrongfully converted personal property and/or trespassed against chattel that belonged to Plaintiff.

55.  The conduct of Defendant SLS was a proximate cause of the damages set forth in this Complaint.

## COUNT IV

## NEGLIGENT, WANTON, AND/OR INTENTIONAL HIRING AND SUPERVISION OF INCOMPETENT DEBT COLLECTORS

56.    All paragraphs of this Complaint are incorporated as if fully set forth herein.

57.    Defendants' collectors are allowed and encouraged to break Alabama law in order to collect debts.

58.    Defendants are aware of the wrongful conduct of its agents and/or employees.

59.    Defendants negligently, wantonly, and/or intentionally hired, retained, or supervised incompetent debt collectors, who were allowed or encouraged to violate the law as was done to Plaintiff, and Defendants is thereby responsible to the Plaintiff for the wrongs committed against Plaintiff and the damages suffered by Plaintiff.

## COUNT V.

## WANTON CONDUCT

60.    All paragraphs of this Complaint are incorporated as if fully set forth herein.

61.    Defendants had a duty, and assumed a duty, to treat Plaintiff fairly and with reasonable care.

62.    Defendants had a duty, and assumed a duty, to not unreasonably cause harm to Plaintiff when it began to collect against Plaintiff and threaten foreclosure.

63. Defendants violated all of the duties Defendants had and such violations were made wantonly.

64. This is especially true as there is not even a contract between Defendants and Plaintiff.

65. It was foreseeable, and Defendants did in fact foresee it, the actions of Defendants would lead and did lead to the exact type of harm suffered by Plaintiff.

**COUNT VI.**

**INVASION OF PRIVACY**

66. All paragraphs of this Complaint are incorporated as if fully set forth herein.

67. Alabama law recognizes Plaintiff's right to be free from invasions of privacy and Defendants violated Alabama state law as described in this Complaint.

68. Congress explicitly recognized a consumer's inherent right to privacy in collection matters in passing the Fair Debt Collection Practices Act, when it stated as part of its findings:

**Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy.**

15 U.S.C. § 1692(a) (emphasis added).

69. Congress further recognized a consumer's right to privacy in financial data in passing the Gramm Leech Bliley Act, which regulates the privacy of

consumer financial data for a broad range of "financial institutions" including debt collectors (albeit without a private right of action), when it stated as part of its purposes:

> It is the policy of the Congress that **each financial institution has an affirmative and continuing obligation to respect the privacy of its customers** and to protect the security and confidentiality of those customers' nonpublic personal information.

15 U.S.C. § 6801(a) (emphasis added).

70. Defendants and/or its agents intentionally, recklessly, and/or negligently interfered, physically or otherwise, with the solitude, seclusion and or private concerns or affairs of the Plaintiff, namely, by repeatedly and unlawfully attempting to collect a debt and thereby invaded Plaintiff's privacy.

71. Defendants and its agents intentionally, recklessly, and/or negligently caused emotional harm to Plaintiff by engaging in highly offensive conduct in the course of collecting this debt including threatening to take Plaintiff' property, taking Plaintiff's money and all other wrongful acts which will come to light in discovery, thereby invading and intruding upon Plaintiff's right to privacy.

72. This includes the false credit reporting by Defendants on Plaintiff's credit reports (which was made with malice, wantonness, and/or recklessness), the

threats to foreclose, the illegal debt collection, and all other wrongful acts of Defendants as outlined in this Complaint and as will be proven at trial.

73. The plan and scheme carried out by Defendants exceeded the bounds of reasonableness that govern the collection of debts, as there is no right to collect this non existent debt and no right to threaten to foreclose.

74. Plaintiff had a reasonable expectation of privacy in Plaintiff's solitude, seclusion, private concerns or affairs, and private financial information.

75. The conduct of Defendants and its agents, in engaging in the above-described illegal collection conduct against Plaintiff, resulted in multiple intrusions and invasions of privacy by the Defendants which occurred in a way that would be highly offensive to a reasonable person in that position.

76. Plaintiff is entitled to actual damages in an amount to be determined at trial from Defendants.

77. All invasions of privacy acts of Defendants and its agents and/or employees were committed with malice, intent, wantonness, and/or recklessness and as such Defendants is subject to punitive damages as well as nominal and compensatory damages.

## RELIEF REQUESTED

**WHEREFORE,** Plaintiff having set forth his claims for relief against each Defendant, respectfully prays of the Court as follows:

a.   That Plaintiff have and recover against each Defendant a sum to be determined by a jury in the form of actual/compensatory damages; nominal damages; punitive damages; and statutory damages;

b.   That each Defendant be enjoined from further violations of the law against Plaintiff;

c.   That Plaintiff have reasonable attorney's fees, costs, expenses; and

d.   That Plaintiff has such other and further and proper relief as the Court may deem just and proper.

Respectfully Submitted,

/s/John G. Watts
John G. Watts (WAT056))
M. Stan Herring (HER037)
**Watts & Herring, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

**PLAINTIFF DEMANDS A TRIAL BY JURY IN THIS CAUSE.**

/s/John G. Watts
**Attorney for Plaintiff**

13

**<u>Please serve Defendants by certified mail at the following addresses:</u>**

Bank of America, National Association
c/o CT Corporation System
2 North Jackson St., Suite 605
Montgomery, Alabama 36104

Specialized Loan Servicing, LLC
c/o Capitol Corporate Services, Inc.
150 S. Perry Street
Montgomery, Alabama 36104

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | 01-CV-2017-900216.00 |
| Form C-34   Rev 6/88 | | |

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY
### PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL

NOTICE TO     BANK OF AMERICA, NATIONAL ASSOCIATION, C/O CT CORPORATION SYSTEM 2 N. JACKSON ST, STE 605, MONTGOMERY, AL 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN GRIFFIN WATTS

WHOSE ADDRESS IS 301 19th Street North, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PHILIP BOLER
    pursuant to the Alabama Rules of the Civil Procedure

Date   1/19/2017 1:56:40 PM        /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested        /s/ JOHN GRIFFIN WATTS

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

_____
Phone Number of Server

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | 01-CV-2017-900216.00 |
| Form C-34   Rev 6/88 | | |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL

NOTICE TO  SPECIALIZED LOAN SERVICING, LLC, C/O CAPITOL CORP SERVICES 150 S. PERRY STREET, MONTGOMERY, AL 36104
_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOHN GRIFFIN WATTS

WHOSE ADDRESS IS 301 19th Street North, BIRMINGHAM, AL 35203
_____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PHILIP BOLER

pursuant to the Alabama Rules of the Civil Procedure

Date  1/19/2017 1:56:40 PM      /s/ ANNE-MARIE ADAMS

Clerk/Register

JEFFERSON COUNTY, ALABAMA

716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

☑ Certified Mail is hereby requested      /s/ JOHN GRIFFIN WATTS

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to  _____

_____  in  _____ County, Alabama on  _____

(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

_____
Phone Number of Server



# NOTICE TO CLERK

**REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL**

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL

01-CV-2017-900216.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $15.14

Parties to be served by Certified Mail - Return Receipt Requested

BANK OF AMERICA, NATIONAL ASSOCIATION                    Postage: $7.57
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST, STE 605
MONTGOMERY, AL 36109

SPECIALIZED LOAN SERVICING, LLC                          Postage: $7.57
C/O CAPITOL CORP SERVICES
150 S. PERRY STREET
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)        $
- ☐ Return Receipt (electronic)      $
- ☐ Certified Mail Restricted Delivery   $
- ☐ Adult Signature Required         $
- ☐ Adult Signature Restricted Delivery  $

Postage
$  CV2017  900216  S/C D1

Total Postage and Fees
$

Sent To  Bank of America, National

Street and Apt. No., or PO Box No.  ASSOC.

City, State, ZIP+4®

7016 3010 0000 4576 2916

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA, NATIONAL ASSOCIATION
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST, STE 605
MONTGOMERY, AL 36109

CV2017  900216  S/C  D1

9590 9402 2408 6249 1012 32

2. Article Number (Transfer from service label)

7016 3010 0000 4576 2916

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$   1/3/2017   900216   SLC   DS

Total Postage and Fees
$

Sent To   Specialized Loan Servicing, LLC

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7016 3010 0000 4576 2923

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
SPECIALIZED LOAN SERVICING, LLC
C/O CAPITOL CORP SERVICES
150 S. PERRY STREET
MONTGOMERY, AL 36104

CV2017 900216 SLC DS

9590 9402 2408 6249 1012 25

2. Article Number (Transfer from service label)
7016 3010 0000 4576 2923

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**AlaFile E-Notice**

01-CV-2017-900216.00

Judge: CAROLE C. SMITHERMAN

To:  WATTS JOHN GRIFFIN
     john@wattsherring.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following matter was served on 1/25/2017

D002 SPECIALIZED LOAN SERVICING, LLC

Corresponding To

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-900216.00

Judge: CAROLE C. SMITHERMAN

To: HERRING MYLES STANLEY JR.
stan@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following matter was served on 1/25/2017

D002 SPECIALIZED LOAN SERVICING, LLC

Corresponding To

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SPECIALIZED LOAN SERVICING, LLC
   C/O CAPITOL CORP SERVICES
   150 S. PERRY STREET
   MONTGOMERY. AL 36104

   CV2017 900216   S/C   D2

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

   9590 9402 2408 6249 1012 25

2. Article Number *(Transfer from service label)*

   7016 3010 0000 4576 2923

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
                              JAN 2 5 2017

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ all
☐ _____ all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

MONTGOMERY

USPS TRACKING #



9590 9402 2408 6249 1012 25

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JAN 27 2017

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA  35203



**AlaFile E-Notice**

01-CV-2017-900216.00

Judge: CAROLE C. SMITHERMAN

To:  WATTS JOHN GRIFFIN
john@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following matter was served on 1/25/2017

D001 BANK OF AMERICA, NATIONAL ASSOCIATION
Corresponding To
CERTIFIED MAIL
S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-900216.00

Judge: CAROLE C. SMITHERMAN

To: HERRING MYLES STANLEY JR.
stan@wattsherring.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following matter was served on 1/25/2017

D001 BANK OF AMERICA, NATIONAL ASSOCIATION
Corresponding To
CERTIFIED MAIL
S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA, NATIONAL ASSOCIATION

C/O CT CORPORATION SYSTEM

2 N. JACKSON ST, STE 605

MONTGOMERY, AL 36109



9590 9402 2408 6249 1012 32

2. Article Number (Transfer from service label)

7016 3010 0000 4576 2916

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  -25-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #
MONTGOMERY

9590 9402 2408 6249 1012 32

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JAN 26 2017
ANNE-MARIE ADAMS
CLERK

• Sender: Please print your name, address, and ZIP+4 in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203



**AlaFile E-Notice**

01-CV-2017-900216.00

To:  JOHN GRIFFIN WATTS
      john@wattsherring.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following complaint was FILED on 1/19/2017 1:56:40 PM

Notice Date:      1/19/2017 1:56:40 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-900216.00

To: BANK OF AMERICA, NATIONAL ASSOCIATION
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST, STE 605
MONTGOMERY, AL, 36109

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following complaint was FILED on 1/19/2017 1:56:40 PM

Notice Date:      1/19/2017 1:56:40 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2017-900216.00

To:  SPECIALIZED LOAN SERVICING, LLC
C/O CAPITOL CORP SERVICES
150 S. PERRY STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PHILIP BOLER V. BANK OF AMERICA, NATIONAL ASSOCIATION ET AL
01-CV-2017-900216.00

The following complaint was FILED on 1/19/2017 1:56:40 PM

Notice Date:      1/19/2017 1:56:40 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov